IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDDIE JAMES KING, | * |
| Plaintiff, | * |
| v. | Case No. **5:23-cv-00344-CAR-MSH** |
| | * |
| MASON et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 13th day of December, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk